PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PT METALS, LLC, *etc.*, | ) | |
| | ) | CASE NO. 5:20CV0487 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| B2B INDUSTRIAL PRODUCTS LLC, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 12 and 16] |

Pending is the parties' Joint Motion to Extend Certain Deadlines and Continue the Case Management Conference ("CMC") (ECF No. 16). The parties declare they are actively engaged in settlement discussions and wish to pursue those discussions without expenditure of time and resources of the parties and the Court on class action litigation, which time and resources may be directed toward potential settlement. Therefore, they request an extension of 30 days of all existing cutoff dates and that the Telephonic CMC set for May 18, 2020 be continued to a later date. For good cause shown, the motion is granted in part.

A. The disclosure cutoff date pursuant to Fed. R. Civ. P. 26(a)(1), all other disclosures concerning electronically stored information as set forth in Appendix K, and all other responses due pursuant to the Scheduling Order (ECF No. 5) are extended from May 4, 2020 to June 3, 2020.

(5:20CV0487)

B. The date for the submission of the report on the parties' Rule 26(f) conference and Discovery Plan pursuant to Local Rule 16.3(b)(3) is extended from May 13, 2020 to June 12, 2020.

C. The CMC is continued until June 17, 2020 at 3:00 p.m. Counsel for Plaintiff shall set up the conference call and contact Chambers directly at 330-884-7435, with all participants on the line. The Court requires personal participation of parties at the CMC, even when the conference is telephonic.

D. Defendant's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), Lack of Subject-Matter Jurisdiction (Fed. R. Civ. P. 12(b)(1)), Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)), and Motion to Strike (Fed. R. Civ. P. 12(f)) (ECF No. 12) is denied without prejudice to refiling, if necessary. In the event that the parties are unable to negotiate a resolution to the pending matter, Defendant's Motion to Dismiss shall be refiled on June 12, 2020. Plaintiff's Response shall be filed by July 13, 2020 (*See* LR 7.1(d)) and Defendant's Reply by July 27, 2020 (*See* LR 7.1(e)).

IT IS SO ORDERED.

 May 7, 2020   /s/ Benita Y. Pearson
Date   Benita Y. Pearson
  United States District Judge