Approved.
/s/ *Benita Y. Pearson* on 6/1/2020
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| **PT METALS, LLC**, an Ohio limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**B2B INDUSTRIAL PRODUCTS LLC,**<br>An Illinois limited liability company,<br><br>Defendant. | Case No.: 5:20-cv-487<br><br>Judge Benita Y. Pearson<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, PT Metals, LLC, and Defendant, B2B Industrial Products LLC, hereby stipulate that the above-captioned action is voluntarily dismissed by the Plaintiff, pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative classes, with each side to bear its own fees and costs.

Dated:  June 1, 2020

/s/ *Adam T. Savett*_____
Adam T. Savett
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
Email: adam@savettlaw.com

*Counsel for Plaintiff PT Metals, LLC*

Respectfully submitted,

/s/ *Marc J. Kessler*_____
Marc J. Kessler (0059236)
**HAHN LOESER & PARKS LLP**
65 E. State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5168
Facsimile: (614) 221-5909
Email: mkessler@hahnlaw.com

Ian H. Fisher *(admitted Pro Hac Vice)*
**HAHN LOESER & PARKS LLP**
200 W. Madison Street, Suite 2700
Chicago, Illinois 60660-4439
Telephone: (312) 637-3060
Facsimile: (312) 637-3001
Email: ifisher@hahnlaw.com

2

        E. Sean Medina (0082558)
        **HAHN LOESER & PARKS LLP**
        200 Public Square, Suite 2800
        Cleveland, Ohio 44114
        Telephone: (216) 274-2240
        Facsimile: (216) 241-2824
        Email: smedina@hahnlaw.com

        Patrick C. Keeley *(admitted Pro Hac Vice)*
        Thomas A. Jackson *(admitted Pro Hac Vice)*
        Daniel T. Lindquist *(admitted Pro Hac Vice)*
        PICCIONE, KEELEY & ASSOCIATES, Ltd.
        122C South County Farm Road
        Wheaton, IL 60187
        Telephone: (630) 653-8000
        Facsimile: (630) 653-8029
        Pkeeley@pkalaw.com
        Tjackson@pkalaw.com
        DLindquist@pkalaw.com

        *Counsel for Defendant*
        *B2B Industrial Products LLC*

2